USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMG ACCESSORIES LLC,

                              Plaintiff,

              -against-

CLAIRE'S STORES, INC.,

                              Defendant.

1:21-cv-8052-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

        The Court is in receipt of a letter filed by Defendant informing the Court that the parties

have reached a settlement in principle [ECF No. 9].  Accordingly, IT IS HEREBY ORDERED

that the above-captioned action is discontinued without costs to any party and without prejudice

to restoring the action to this Court's calendar if the parties are unable to memorialize their

settlement in writing and as long as the application to restore the action is made by January 28,

2022.  If no such application is made by that date, today's dismissal of the action is with prejudice.

*See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).  The conference

scheduled for January 5, 2022 is hereby adjourned *sine die*.


**SO ORDERED.**

Date:  **December 28, 2021**
       **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**